UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS BEARUP JR., ANTONIA (TONYA) OSBORNE, and SONIA BOTTONA, on behalf of themselves and all other similarly situated,<br><br>                  Plaintiffs,<br><br>  v.<br><br>CINTAS CORP., a Washington corporation, CINTAS CORP. NO. 2, a Nevada corporation,<br><br>                  Defendants. | C20-5844 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiffs' Motion for Voluntary Dismissal of Defendant Cintas Corp., docket no. 27, is GRANTED.

    (2)    Defendants' Motion to Transfer, docket no. 20, is GRANTED.  The case is transferred to the District Court for the Southern District of Ohio.  Plaintiffs concede that the Court lacks personal jurisdiction over the remaining defendant, Cintas Corp. No. 2, and does not argue that venue is proper in this district.  See Plaintiffs' Opposition (docket no. 25 at 3).  Because Plaintiffs did not file their own motion to transfer, the narrow issue before the Court is whether it should dismiss this case or transfer it to the District Court for the Southern District of Ohio.  In their response, Plaintiffs fail to identify any reason why the Court should not transfer this case to the District Court for the Southern District of Ohio.

MINUTE ORDER - 1

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2